# IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADAM KLEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CABELA'S INCORPORATED, JAMES W. CABELA, THEODORE M. ARMSTRONG, MICHAEL R. MCCARTHY, JOHN H. EDMONDSON, BETH M. PRITCHARD, THOMAS L. MILLNER, JAMES F. WRIGHT, PETER S. SWINBURN, DENNIS HIGHBY, and DONNA M. MILROD,<br><br>Defendants. | Case No. 1:17-cv-00698-RGA<br><br>CLASS ACTION |
| BERNARD GARCARZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CABELA'S INC., THEODORE M. ARMSTRONG, JAMES W. CABELA, JOHN H. EDMONDSON, DENNIS HIGHBY, MICHAEL R. MCCARTHY, DONNA M. MILROD, THOMAS L. MILLNER, BETH M. PRITCHARD, PETER S. SWINBURN, AND JAMES F. WRIGHT,<br><br>Defendants. | Case No. 1:17-cv-00699-RGA<br><br>CLASS ACTION |

[captions continue on next page]

| | |
|---|---|
| CHRISTOPHER A. BROWN, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>   v.<br><br>CABELA'S INCORPORATED, JAMES W. CABELA, THOMAS L. MILLNER, THEODORE M. ARMSTRONG, JOHN H. EDMONDSON, DENNIS HIGHBY, MICHAEL R. MCCARTHY, DONNA M. MILROD, BETH M. PRITCHARD, JAMES F. WRIGHT, and PETER S. SWINBURN,<br><br>        Defendants. | Case No. 1:17-cv-00711-RGA<br><br>CLASS ACTION |
| ~~JOHN SOLAK, On Behalf of Himself and All Others Similarly Situated,~~<br><br>        ~~Plaintiff,~~<br><br>   ~~v.~~<br><br>~~CABELA'S INCORPORATED, JAMES W. CABELA, THOMAS L. MILLNER, MICHAEL R. MCCARTHY, DENNIS HIGHBY, THEODORE M. ARMSTRONG, JOHN H. EDMONSON, BETH M. PRITCHARD, DONNA M. MILROD, JAMES F. WRIGHT, and PETER SWINBURN,~~<br><br>        Defendants. | ~~Case No. 1:17-cv-00763-UNA~~<br><br>~~CLASS ACTION~~ |

**JOINT STIPULATION AND [PROPOSED] ORDER
CONSOLIDATING RELATED ACTIONS**

WHEREAS, four related shareholder class actions have been filed relating to the proposed acquisition of Cabela's Incorporated ("Cabela's") by Bass Pro Group, LLC (the "Proposed Acquisition"): *Klein v. Cabela's Incorporated, et al.*, Case No. 1:17-cv-00698-RGA (D. Del. June 7, 2017); *Garcarz v. Cabela's, Inc., et al.*, No. 1:17-cv-00699-RGA (D. Del. June

1

7, 2017); *Brown v. Cabela's Incorporated, et al.*, No. 1:17-cv-00711-RGA (D. Del. June 9, 2017); and *Solak v. Cabela's Incorporated, et al.*, No. 1:17-cv-00763-UNA (D. Del. June 14, 2017);

IT IS HEREBY STIPULATED AND AGREED, by plaintiffs Adam Klein, Bernard Garcarz, Christopher A. Brown, and John Solak and by defendants Cabela's Incorporated, James W. Cabela, Theodore M. Armstrong, Michael R. McCarthy, John H. Edmondson, Beth M. Pritchard, Thomas L. Millner, James F. Wright, Peter S. Swinburn, Dennis Highby, and Donna M. Milrod (collectively, the "Defendants"), through their respective undersigned counsel, as follows:

1. The following actions shall be consolidated for all purposes to form this consolidated action: *Klein v. Cabela's Incorporated, et al.*, Case No. 1:17-cv-00698-RGA (D. Del. June 7, 2017); *Garcarz v. Cabela's, Inc., et al.*, No. 1:17-cv-00699-RGA (D. Del. June 7, 2017); *Brown v. Cabela's Incorporated, et al.*, No. 1:17-cv-00711-RGA (D. Del. June 9, 2017); and *Solak v. Cabela's Incorporated, et al.*, No. 1:17-cv-00763-UNA (D. Del. June 14, 2017);

2. Every pleading filed in this consolidated action shall bear the following caption:

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

| IN RE CABELA'S INCORPORATED SHAREHOLDER LITIGATION | Civil Action No. 1:17-cv-00698-RGA |
|---|---|
|  | (CONSOLIDATED) |
| This Document Relates To: ALL ACTIONS |  |
|  | <u>CLASS ACTION</u> |

3.    Undersigned counsel for Defendants hereby acknowledges receipt of and accepts service of the complaints filed on June 7, 2017 in *Garcarz v. Cabela's, Inc., et al.*, No. 1:17-cv-00699-RGA (D. Del.), June 9, 2017 in *Brown v. Cabela's Incorporated, et al.*, No. 1:17-cv-00711-RGA (D. Del.), and June 14, 2017 in *Solak v. Cabela's Incorporated, et al.*, No. 1:17-cv-00763-UNA (D. Del.) on behalf of Defendants and waives its right to formal service of process pursuant to Fed. R. Civ. P. 4(d); and

4.    This Order shall apply to each case, arising out of the same or substantially the same transactions or events as the Actions, which is subsequently filed in, removed to, or transferred to this Court.

Dated: June 19, 2017

**OF COUNSEL:**

**FARUQI & FARUQI, LLP**
Nadeem Faruqi
James M. Wilson, Jr.
685 Third Ave., 26th Fl.
New York, NY 10017
Telephone: (212) 983-9330
Email: nfaruqi@faruqilaw.com
        jwilson@faruqilaw.com

*Counsel for Plaintiff Adam Klein*

**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel: (212) 971-1341
Fax: (212) 202-7880
Email: jmonteverde@monteverdelaw.com

*Counsel for Plaintiff Christopher A. Brown*

**KAHN SWICK & FOTI, LLC**

**FARUQI & FARUQI, LLP**

By: */s/ Michael Van Gorder*
Michael Van Gorder (#6214)
20 Montchanin Road, Suite 145
Wilmington, DE 19807
Tel.: (302) 482-3182
Email: mvangorder@faruqilaw.com

*Counsel for Plaintiffs Adam Klein, Christopher A. Brown and John Solak*

3

Michael J. Palestina
206 Covington Street
Madisonville, LA 70447
Tel.: (504) 455-1400
Fax: (504) 455-1498
Email: Michael.Palestina@ksfcounsel.com

*Counsel for Plaintiff John Solak*

**OF COUNSEL:**

**LEVI & KORSINSKY, LLP**
Donald J. Enright
Elizabeth K. Tripodi
1101 30th Street, N.W.
Suite 115
Washington, D.C. 20007
Tel.: (202) 524-4290

*Counsel for Plaintiff Bernard Garcarz*

**OF COUNSEL:**

**SIDLEY AUSTIN LLP**
James W. Ducayet
Nilofer Umar
One South Dearborn
Chicago, IL 60603
Tel: (312) 853-7621
Email: jducayet@sidley.com
numar@sidley.com

*Counsel for Defendants Cabela's Incorporated, James W. Cabela, Theodore M. Armstrong, Michael R. McCarthy, John H. Edmondson, Beth M. Pritchard, Thomas L. Millner, James F. Wright, Peter S. Swinburn, Dennis Highby, and Donna M. Milrod*

**RIGRODSKY & LONG, P.A.**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
Gina M. Serra (#5387)
2 Righter Parkway, Suite 120
Wilmington, DE 19803
Tel.: (302) 295-5310

*Counsel for Plaintiff Bernard Garcarz*

**RICHARDS, LAYTON & FINGER, P.A.**

By: */s/ Chad M. Shandler*
Gregory P. Williams (#2168)
Chad M. Shandler (#3796)
Christine D. Haynes (#4697)
920 N. King Street
Wilmington, DE 19801
Tel.: (302) 651-7700

*Counsel for Defendants Cabela's Incorporated, James W. Cabela, Theodore M. Armstrong, Michael R. McCarthy, John H. Edmondson, Beth M. Pritchard, Thomas L. Millner, James F. Wright, Peter S. Swinburn, Dennis Highby, and Donna M. Milrod*

4

SO ORDERED THIS \_\_\_\_22\_\_\_\_ day of \_\_June\_\_, 2017

_____
United States District Judge